IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, U.S. Department of Labor,<br><br>    Plaintiff<br><br>        v.<br><br>POWER SECURITY INC., et al.,<br><br>    Defendants | CIVIL NO. 08-1794 (JP) |

### FINAL JUDGMENT

The parties hereto have filed with the Court a consent judgment wherein they state that "an agreement was reached by all the parties to resolve all the issues raised in this action" (No. 3-2). The Court incorporates, by reference, the contents of the consent judgment into the instant Final Judgment.

Pursuant to the consent judgment, the Court **ENTERS FINAL JUDGMENT DISMISSING THE COMPLAINT WITH PREJUDICE.** This Final Judgment is a release from all damages and causes of action exercised in the complaint, and all damages and causes of action that could follow or emanate from the facts stated therein.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 23rd day of July, 2008.

                                              s/Jaime Pieras, Jr.
                                                JAIME PIERAS, JR.
                                      U.S. SENIOR DISTRICT JUDGE